Mozzy, Inc. v SK Ironstate LLC (2024 NY Slip Op 03542)

Mozzy, Inc. v SK Ironstate LLC

2024 NY Slip Op 03542

Decided on June 27, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 27, 2024

Before: Webber, J.P., Moulton, Kennedy, Rodriguez, O'Neill Levy, JJ. 

Index No. 650218/21 Appeal No. 2002 Case No. 2023-01910 

[*1]Mozzy, Inc. Formerly Known as, Bamford Watches, Inc., Plaintiff-Respondent,
v
SK Ironstate LLC, Defendant, Scott Shnay, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Lisa S. Headley, J.), entered on or about March 09, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 30, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 27, 2024